# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| CRC HEALTH GROUP INC, et al., | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | )   CIVIL NO. 2:11-cv-00196-DBH |
| | ) |
| TOWN OF WARREN, | ) |
| | ) |
| Defendant | ) |

## ORDER OF DISMISSAL

This action having been reported settled through a judicial settlement conference on May 22, 2014, and counsel having failed to file the papers necessary to terminate the action as of record;

Now therefore, pursuant to Local Rule 41.1(a) this action is DISMISSED with prejudice and without costs, subject to the right of any party to move to reinstate the action within one year if the settlement is not consummated.

FOR THE COURT.

CHRISTA K. BERRY
CLERK

BY: /s/ Neala Dunfey
Deputy Clerk

Dated this 25th day of June, 2014.